IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By James Burrell at 10:03 am, Nov 14, 2017

CARALIS CROWNER,

    Plaintiff,

v.

WARDEN DOUG WILLIAMS; UNIT MANAGER ERIC SMOKES; P.A. MRS. COOPER; LT. MITCHELL; and MRS. HENRY,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-34

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 12), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendant Mitchell in his official capacities, **DISMISSES** Plaintiff's claims against Defendants Williams, Smokes, Cooper, and Henry, and **DISMISSES** Plaintiff's retaliation and failure to protect claims. Plaintiff's deliberate indifference to medical needs claims against Defendant Mitchell remain pending.

SO ORDERED, this 14th day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA