IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CARALIS CROWNER,

    Plaintiff,

v.

LT. MITCHELL,

    Defendant.

CIVIL ACTION NO.: 6:17-cv-34

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 38), to which Plaintiff filed Objections, (doc. 39).[1] The Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **GRANTS** Defendant's Motion to Dismiss, (doc. 17), **DISMISSES without prejudice** Plaintiff's Complaint for failure to exhaust administrative remedies, and **DISMISSES as moot** all other pending Motions. The Court further **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 29th day of March, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff entitled this filing a "Motion for Reconsideration." However, as he is objecting to the Magistrate Judge's Report and Recommendation, the Court construes this filing as an Objection.